UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**#21 (07/23 hrg off)**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-3966 PSG (JEMx) | Date | July 13, 2012 |
|---|---|---|---|
| Title | Lenora Lewis v. Brinker International, Inc., et al. | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers) Order GRANTING Motion to Dismiss**

Before the Court is Defendant Brinker International, Inc.'s motion to dismiss. Dkt. # 21. The Court finds the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); L.R. 7-15. The Court GRANTS the motion to dismiss.

On May 18, 2012, Plaintiff Lenora Lewis ("Lewis") filed this case against Defendants Brinker International, Inc. ("Brinker") and Israel Mojica. Dkt. # 1. On May 31, 2012, Brinker filed a motion to dismiss. Dkt. # 21. The motion to dismiss was set for hearing on July 23, 2012. Plaintiff's opposition to the motion was due by July 2, 2012. *See* L.R. 7-9. It is now July 13, 2012 and Plaintiff has yet to file an opposition. Under Local Rule 7-12, the Court deems Plaintiff's failure to oppose to be consent to the granting of the motion. Accordingly, the motion to dismiss is GRANTED.

**IT IS SO ORDERED.**