<div style="margin-left:2em">

LAW OFFICES OF YAN E. SHRAYBERMAN
Yan E. Shrayberman (State Bar #253971)
P.O.Box 506
Fresno, CA 93709
Telephone:   (559) 779-2315
Facsimile:   (213) 352-1010

E-FILED 09/18/2012

JS-6

Attorney for Defendant
LENORA LEWIS

</div>

# IN THE UNITED STATES COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENORA LEWIS,<br><br>         Plaintiff,<br><br>v.<br><br>BRINKER INERNATIONAL INC.,<br>DBA CHILI'S GRIL AND BAR,<br>ISRAEL MOJICA AND DOES 1 through 50, inclusive<br><br>         Defendant. | Court Case#: **2:12-cv-03966-PSG-JEM**<br><br>**MOTION TO DISMISS [FRCP 41 (a)] and ORDER OF DISMISSAL**<br><br>**Hon. Philip S. Gutierrez** |

Plaintiff Lenora Lewis, hereby moves under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: September 13, 2012          /s/ Yan E. Shrayberman
                                   By: YAN E. SHRAYBERMAN,
                                   Attorney for LENORA LEWIS

**ORDER OF DISMISSAL**

Pursuant to the motion of the Plaintiff under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: September 17, 2012

_PHILIP S. GUTIERREZ_
PHILIP S. GUTIERREZ
UNITED STATES JUDGE